**FILED: 4/2/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kubota Credit Corproation, U.S.A., et al.*,<br><br>    **Plaintiffs**,<br><br>  v.<br><br>*Federal Insurance Company*,<br><br>    **Defendant.** | **CASE NO. CV 10-2521-GHK (PJWx)**<br><br>**JUDGMENT** |

   Pursuant to the Court's April 2, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Kubota Credit Corporation, U.S.A. and Kubota Tractor Corporation's ("Plaintiffs") claims against Defendant Federal Insurance Company are **DISMISSED with prejudice**.  Plaintiffs shall take nothing by this Complaint.

   **IT IS SO ORDERED**.

   DATED: April 2, 2012

_____
GEORGE H. KING
United States District Judge